IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELECTRIC INSURANCE COMPANY<br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY,<br>    Defendant. | Civil Action No.04cv3015-Ml/P |

## AMENDED RULE 16(b) SCHEDULING ORDER

Before the Court is plaintiff's Motion to Amend the Scheduling Order filed October 3, 2005 [docket entry no. 18].

For good cause shown, the Scheduling Order previously entered in this cause on March 8, 2005, shall be and hereby is amended as follows:

**COMPLETING ALL DISCOVERY:** February 3, 2006

**EXPERT WITNESS DISCLOSURE (Rule 26):**

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** December 5, 2005

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** January 20, 2006

    (3) **RULE 26(E) SUPPLEMENTAL DUE:** January 30, 2006

    (4) **EXPERT WITNESS DEPOSITIONS:** February 17, 2006



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-7-05

All other dates, including the trial date, shall remain the same.

**IT IS SO ORDERED.**

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: October 7, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-03015 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Lawrence C. bMaxwell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Parks T. Chastain
BREWER KRAUSE & BROOKS
611 Commerce Street
Ste. 2600, The Tower
Nashville, TN 37203

Honorable Jon McCalla
US DISTRICT COURT